UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-80106-Smith/matthewman

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)
18 U.S.C. § 924(c)(1)(A)(i)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

UNITED STATES OF AMERICA

vs.

VINCENT ELROY SIMS,

Defendant.
_____/

FILED BY SP D.C.

JUN 27 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 29, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**VINCENT ELROY SIMS,**

possessed a firearm and ammunition, to wit: one (1) Springfield, Model XDS, .45 caliber handgun and approximately four (4) rounds of .45 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, the firearm and ammunition having affected interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### COUNT 2

On or about April 29, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**VINCENT ELROY SIMS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## COUNT 3

On or about April 29, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**VINCENT ELROY SIMS,**

did knowingly possess a firearm, to wit: one (1) Springfield, Model XDS, .45 caliber handgun loaded with approximately four (4) rounds of .45 caliber ammunition, in furtherance of a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841, as set forth in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

ADAM C. MCMICHAEL
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

VINCENT ELROY SIMS
  Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

- [ ] Miami
- [ ] FTL
- [ ] Key West
- [✓] WPB
- [ ] FTP

New Defendant(s)            Yes [ ]   No [ ]
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   yes
   List language and/or dialect   _____

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days    [✓]
   - II  6 to 10 days   [ ]
   - III 11 to 20 days  [ ]
   - IV  21 to 60 days  [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty   [ ]
   - Minor   [ ]
   - Misdem. [ ]
   - Felony  [✓]

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   YES
   If yes:
   Magistrate Case No.   19-8238-WM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   yes

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle) ?   Yes [ ]   No [✓]

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes [ ]   No [✓]

_____
ADAM McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
FL Bar/Court I.D. No. 0772321

\*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### AMENDED PENALTY SHEET

### CASE NO. _____

**Defendant's Name:** VINCENT ELROY SIMS,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of a firearm and ammunition by a prohibited person - convicted felon | 18 USC 922(g)(1) and 924(e) | Life in prison<br>15 years Man / Min<br>$250,000 fine<br>SR: 5 years<br>$100 Special Assessment |
| 2 | Possession with intent to distribute cocaine | 21:841(a)(1) and (b)(1)(C) | 20 years in prison<br>$5,000,000 fine<br>SR: At least 3 years to life<br>$100 Special Assessment |
| 3 | Possession of firearm in furtherance of drug trafficking offense | 18:924(c)(1)(A)(i) | Life in prison<br>5 year mandatory minimum consecutive to all other counts<br>$250,000 fine<br>SR: 5 years<br>$100 Special Assessment |