UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80106-CR-SMITH

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**VINCENT ELROY SIMS,**

        Defendant,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 75)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William Matthewman ("Report," ECF No. 75), issued on December 20, 2019, recommending that the Defendants' Motion to Suppress Evidence, ECF [40] and Amended Motion to Suppress Evidence, ECF [60] be denied. The Defendant filed their Objection to the Report on January 21, 2020, ECF [89]. The Court having reviewed, *de novo*, the Report of the Magistrate Judge, the aforementioned filings by the parties, and the record in its entirety, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (ECF No. 755) issued on December 20, 2019 is **AFFIRMED and ADOPTED**.

2. Defendants' Motion to Suppress Evidence, ECF [40] and Amended Motion to Suppress Evidence are Denied.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of February, 2020.

                                                                             _____
RODNEY SMITH
United States District Judge